United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 4, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-10408
_____

In The Matter Of: KENNETH A GOLDBLATT

        Debtor

_____

KENNETH A GOLDBLATT

        Appellant

  v.

A & W INDUSTRIES INC

        Appellee

_____

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth
4:03-CV-317-Y

_____

Before KING, Chief Judge, and HIGGINBOTHAM and DAVIS, Circuit
Judges.

PER CURIAM:[*]

    The judgment of the district court affirming the judgment of

the bankruptcy court is affirmed for essentially the reasons

given by the bankruptcy court in its Memorandum Opinion entered

November 7, 2002.

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.